# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GAFFORD BUILDERS, INC.

VERSUS

AJSD, LLC; DUNBAR
CONSTRUCTION, L.L.C.;
COLUMBIA CONSULTANTS,
L.L.C.; ABC INSURANCE
COMPANY; DAGR, LLC; ASPHALT
CONTRACTORS, L.L.C.;
ANDERSON DUNHAM, INC.; AND
RD & KW INVESTMENTS, L.L.C.

CONSOLIDATED WITH

ALBANY EUSEA AND MATTHEW
EUSEA, INDIVIDUALLY AND ON
BEHALF OF GRANT EUSEA

VERSUS

GAFFORD BUILDERS INC.,
LOUISIANA HOME BUILDERS
ASSOCIATION GENERAL
LIABILITY TRUST, ANDERSON
DUNHAM, INC., ASPHALT
CONTRACTORS, LLC, AND DUNBAR
CONTRACTORS, LLC

NO.   2023 CW 0903

DECEMBER 4, 2023

---

In Re:   RD & KW Investments, LLC, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 675356 c/w 685365.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

WRIT DENIED.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT